FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2023 FEB -1  AM 11: 53

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES OF AMERICA

v.

CASE NO. 6:23-cr-11-CEM-DCI
18 U.S.C. § 641
42 U.S.C. § 408(a)(7)(B)
18 U.S.C. § 1001(a)(2)

DANIEL MARTINEZ ZAMORA

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### (Theft of Government Property)

Beginning in or about October 2017, and continuing through in or about April 2022, in the Middle District of Florida, and elsewhere, the defendant,

DANIEL MARTINEZ ZAMORA,

did knowingly and willfully embezzle, steal, purloin, and convert to the defendant's use and the use of another, more than $1,000 of money and a thing of value of the United States and the Social Security Administration, a department and agency of the United States, that is, Social Security benefits, with intent to deprive the United States and the Social Security Administration of the use and benefit of the money and thing of value.

In violation of 18 U.S.C. § 641.

1

## COUNT TWO
## (False Representation of Social Security Number)

On or about March 7, 2018, in the Middle District of Florida, the defendant,

DANIEL MARTINEZ ZAMORA,

for the purpose of obtaining for himself and any other person anything of value from any person, and for any other purpose, did, with intent to deceive, falsely represent a number to be the social security account number assigned by the Commissioner of Social Security to him in a job application submitted to "Company A," when in fact, such number was not the social security account number assigned by the Commissioner of Social Security to him.

In violation of 42 U.S.C. § 408(a)(7)(B).

## COUNT THREE
## (False Statement to a Federal Agency)

On or about December 30, 2020, in the Middle District of Florida and elsewhere, the defendant,

DANIEL MARTINEZ ZAMORA,

did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, that is, on a Statement of Claimant or Other Person submitted to the Social Security Administration the defendant

2

represented that he did not work for "Company A" or "Company B," when in truth and in fact, as the defendant then and there well knew, the defendant had worked for both "Company A" and "Company B."

In violation of 18 U.S.C. § 1001(a)(2).

## **FORFEITURE**

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 641, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

3. The property to be forfeited includes, but is not limited to, the following: an order of forfeiture for at least $109,943, which represents the proceeds of the offense.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty;

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,



Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Suzanne Huyler
Special Assistant United States Attorney

By: _____
Chauncey A. Bratt
Assistant United States Attorney
Deputy Chief, Orlando Division

FORM OBD-34
January 23

No. _____

# UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

DANIEL MARTINEZ ZAMORA

## INDICTMENT

Violations: 18 U.S.C. § 641
18 U.S.C. § 1001
42 U.S.C. § 408(a)(7)(B)

A ████████████████

_____
Foreperson

Filed in open court this 1st day of February 2023.

_____
Clerk

Bail $_____

GPO 863 525